# Court of Appeals
# of the State of Georgia

ATLANTA, __September 05, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A2477. COLLIN MITCHELL v. LINDA LEWIS JOHNSON.**

Collin Mitchell obtained a default judgment against Linda Lewis Johnson, who moved to set aside the judgment based upon lack of service. The trial court granted the motion on April 4, 2013. Mitchell filed a motion for reconsideration from this ruling, which the trial court denied on July 2, 2013. Mitchell appealed this ruling. We lack jurisdiction.

As the trial court granted the motion to set aside, the case remains pending in the trial court. See *Vangoosen v. Bohannon*, 236 Ga. App. 361, 363 (2) (511 SE2d 925) (1999) ("The *grant* of a motion to set aside a default judgment and open the default leaves the case pending in the trial court and is thus not a final judgment proper for direct appeal."). Under these circumstances, Mitchell was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review and applying to this Court for permission to appeal. His failure to do so deprives this Court of jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __09/05/2013__
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*